**BROWN & CONNERY, LLP**
Stephanie Nolan Deviney, Esquire (SND-2009)
6 North Broad Street
Woodbury, NJ 08096
(856) 812-8900
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID AND SALLY SONSINO<br><br>　　　　Plaintiffs,<br>　vs.<br><br>ROY WHITMORE<br><br>　　　　Defendant. | CIVIL ACTION NO. 06-cv-5385 |

## ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiffs David and Sally Sonsino, pursuant to Federal Rule of Civil Procedure 68, hereby accept Defendant Roy Whitmore's December 27, 2006 offer to permit entry of judgment in favor of Plaintiffs and against Defendant in the sum of $100,000.00, inclusive of costs and counsel fees.

Plaintiffs request that the Clerk of Court enter the judgment in accordance with Federal Rule of Civil Procedure 68.

　　　　　　　　　　　　　　　　　　　　***BROWN & CONNERY, LLP***
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: January 8, 2007　　　　　By:　/s/ Stephanie Nolan Deviney
　　　　　　　　　　　　　　　　　　　　Stephanie Nolan Deviney