UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

DAVID AND SALLY SONSINO :

:

        Plaintiff(s)           :     **JUDGMENT**

(vs) :

                                                       Civil #06-5385 (RBK)

ROY WHITMORE :

:

        Defendant(s)

---

It appearing that the defendant Roy Whitmore has made an offer of judgment to the plaintiff; and,

It further appearing that the plaintiff David and Sally Sonsino has accepted the defendant's offer,

IT IS, on this 10th day of January, 2007

ORDERED that Judgment be entered in favor of plaintiff **DAVID AND SALLY SONSINO** and against defendant **ROY WHITMORE** in the sum of $100,000.00, inclusive of costs and counsel fees.

WILLIAM T. WALSH, CLERK

By: _____
Deputy Clerk